*Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 944, Misc.   MOTTRAM *v.* ROBBINS, WARDEN.   C. A. 1st Cir.   Petitioner *pro se.   James S. Erwin,* Attorney General of Maine, and *John W. Benoit,* Assistant Attorney General, for respondent.

No. 1007, Misc.   STUBBS *v.* CROUSE, WARDEN.   C. A. 10th Cir.   Petitioner *pro se.   Robert C. Londerholm,* Attorney General of Kansas, and *J. Richard Foth,* Assistant Attorney General, for respondent.

No. 1011, Misc.   GILBERT *v.* UNITED STATES.   C. A. 9th Cir.   *James F. Kirkham* for petitioner.   *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 1015, Misc.   WINGFIELD *v.* PEYTON, PENITENTIARY SUPERINTENDENT.   C. A. 4th Cir.   Petitioner *pro se.   Reno S. Harp III,* Assistant Attorney General of Virginia, for respondent.

No. 1117, Misc.   POSLEY *v.* ILLINOIS.   Sup. Ct. Ill. *Gerald W. Getty* and *James J. Doherty* for petitioner. *William G. Clark,* Attorney General of Illinois, for respondent.

No. 1194, Misc.   FERGUSON ET AL. *v.* UNITED STATES. C. A. 10th Cir.   Petitioners *pro se.   Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 1195, Misc.   LABLANC *v.* COLORADO.   Sup. Ct. Colo.   Petitioner *pro se.   Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *Robert C. Miller,* Assistant Attorney Gen-